UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY, | § § § |
| Plaintiff-Appellee, | § § Docket No. 23-3134 |
| v. | § § USDC No. 23cv1243 |
| SUN HOLDINGS, INC., | § Judge Matthew F. Kennelly § |
| Defendant-Appellant. | § |

## DOCKETING STATEMENT

Appellant Sun Holdings, Inc. ("Sun Holdings"), by its attorneys, pursuant to Circuit Rule 3(c), respectfully submits its docketing statement.

1. <u>Statement Concerning the District Court's Jurisdiction.</u>

The district court's jurisdiction is based on the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* Appellee American Zurich Insurance Company initiated the district court proceeding on February 28, 2023, by the filing of its petition to confirm an arbitration award pursuant to section 9 of the Federal Arbitration Act, 9 U.S.C. § 9. On May 2, 2023, Sun Holdings filed its motion to partially vacate or modify the arbitration award pursuant to sections 10(a)(4) and 12 of the Federal Arbitration Act, 9 U.S.C. §§ 10(a)(4) and 12.

Sun Holdings is a corporation organized under the laws of the State of Texas with its principal place of business in Farmers Branch, Texas.

2. <u>Statement Concerning Appellate Jurisdiction.</u>

The appellate court's jurisdiction is based on 28 U.S.C. § 1291 because this is an appeal from a final judgment of the district court.

(i) The date of entry of the judgment or decree sought to be reviewed. **Sun Holdings seeks review of the Judgment in a Civil Case dated October 3, 2023, in which the district court confirmed the February 2, 2023, arbitration award issued in favor of American Zurich Insurance Company and against Sun Holdings.**

(ii) The filing date of any motion for a new trial or alteration of the judgment or any other motion claimed to toll the time within which to appeal. **No motions were filed requesting a tolling of the time within which to appeal.**

(iii) The disposition of such a motion and the date of its entry. **Not applicable.**

(iv) The filing date of the notice of appeal (together with information about an extension of time if one was granted.) **The notice of appeal was filed on November 2, 2023. No extension of time was sought for the filing of the notice of appeal.**

(v) If the case is a direct appeal from the decision of a magistrate judge, the dates on which each party consented in writing to the entry of a final judgment by the magistrate judge. **Not applicable.**

Dated: November 9, 2023  
North Barrington, Illinois

SUN HOLDINGS, INC.

By: /s/ Michael D. Lee
     One of its attorneys

Michael D. Lee (ARDC No. 6225432)
Kelleher + Holland, LLC
102 South Wynstone Park Drive
North Barrington, Illinois 60010
(847) 852-1910
mlee@kelleherholland.com